IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES OWENS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.                       CASE NO. 1D14-3887

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed January 6, 2015.

An appeal from an order of the Circuit Court for Bay County.
James B. Fensom, Judge.

Charles Owens, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.